UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Appellant, No. C- **10-05176 JF**

v.

RE: SEEQPOD, INC.,

Appellee.

______________________________________/

RE:

Bankruptcy Case: 09-52226 SLJ

Adversary No.:

BAP No.:

Appellant:

The appeal has been assigned the following case number, C- **10-05176** before the Honorable Jeremy Fogel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 28 days after the record on appeal has been entered on the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 21 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 14

days after service of appellee's brief. If the appellee has filed a cross appeal, the appellant must include its opposition in its reply brief .

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 14 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: November 16, 2010

For the Court
Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
Counsel of Record

Bkcy Intake (5-08)