**E-Filed 9/16/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE SEEQPOD, INC., <br><br> Debtor. | Case Number 5:10-cv-05176-JF <br><br> ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE |

    Kasian Franks filed a notice of appeal in this bankruptcy action on November 16, 2010. On the same date, the Clerk issued a notice of filing of appeal and a scheduling order. There has been no further activity in the case.

    Accordingly, this appeal is DISMISSED for failure to prosecute.

    IT IS SO ORDERED.

Dated: 9/16/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-05176-JF
ORDER DISMISSING APPEAL FOR FAILURE TO PROSECUTE
(JFLC2)